UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JÜRGEN WECKBACH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 4:14-cv-02105-SPM |
| ) | |
| SSM HEALTH CARE ST. LOUIS, ) | JURY TRIAL DEMANDED |
| D/B/A SSM ST. JOSEPH HOSPITAL WEST, ) | |
| FORMERLY, ST. JOSEPH HOSPITAL WEST, ) | |
| AND DR. DAVID S. LICKERMAN ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL,
PURSUANT TO FED. R. CIV .P., RULE 41(a)(1)(A)(i)**

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Mr. Jürgen Weckbach, who brings this Notice of Voluntary Dismissal under F.R.C.P., Rule 41(a)(1)(A)(i), as the opposing parties have not been served or answered.

Plaintiff thus dismisses the matter voluntarily, and without Court Order. Pursuant to F.R.C.P, Rule 41(a)(1)(B), this dismissal is without prejudice.

Respectfully submitted,

By: /s/ James H. Daigle, Jr.
**James H. Daigle, Jr.**
Louisiana Bar No. 24067
**THE JACKSON LAW FIRM, P.A.**
650 Poydras Street, Suite 1400
New Orleans, Louisiana  70130
Telephone:  504-327-7370
Facsimile:  504-910-7379
Email:  jdaigle@jacksonlawfirm.net
**Michael R. Jackson**
Florida Bar No.  0161632
**THE JACKSON LAW FIRM, P.A.**
1201 S. Orlando Avenue, Suite 201

Winter Park, Florida  32789<br>
Telephone:  321-972-8820<br>
Facsimile:  321-972-8821<br>
Email:  mjackson@jacksonlawfirm.net

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, thereby electronically serving all parties and counsel of record, on June 22, 2015.

                                              /s/
                               James H. Daigle, Jr., Esq.

1

Case: 4:14-cv-02105-SPM   Doc. #:  12   Filed: 06/22/15   Page: 3 of 3 PageID #: 51

1